**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FRESENIUS KABI USA, LLC,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    v.                              )<br>                                    )<br>DR. REDDY'S LABORATORIES INC. and   )<br>DR. REDDY'S LABORATORIES LTD.,      )<br>                                    )<br>            Defendants.             )<br>                                    ) | C.A. No. 13-925-RGA |
| FRESENIUS KABI USA, LLC,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>    v.                              )<br>                                    )<br>WATSON LABORATORIES, INC., and      )<br>ACTAVIS, INC.                       )<br>                                    )<br>            Defendants.             )<br>                                    ) | C.A. No. 13-1015-SLR |

**DEFENDANTS' MOTION TO LIMIT THE APPLICATION**
**OF THE DOCTRINE OF EQUIVALENTS**

Pursuant to the Revised Scheduling Order (D.I. 65), defendants Dr. Reddy's Laboratories Inc., Dr. Reddy's Laboratories Ltd., Watson Laboratories, Inc. and Actavis, Inc. (collectively "Defendants") respectfully move to limit the application of Plainitff Fresenius Kabi USA, LLC's infringement allegations under the doctrine of equivalents. The grounds for this motion are set forth fully in Defendants' Memorandum of Law submitted herewith.

|  | Respectfully submitted, |
|---|---|
| SEITZ ROSS ARONSTAM & MORITZ LLP | SMITH KATZENSTEIN JENKINS LLP |
| */s/ Benjamin J. Schladweiler* | */s/ Neal C. Belgam* |

| | |
|---|---|
| Collins J. Seitz, Jr. (Bar No. 2237) | Neal C. Belgam (Bar No. 2721) |
| Benjamin J. Schladweiler (Bar No. 4601) | The Corporate Plaza |
| 100 S. West Street, Suite 400 | 800 Delaware Avenue, Suite 1000 |
| Wilmington, DE  19801 | Wilmington, DE 19899 |
| (302) 576-1600 | (302) 652-8400 |
| cseitz@seitzross.com | nbelgam@skjlaw.com |
| bschladweiler@seitzross.com | |

*Of Counsel*:

Steven A. Maddox
Jeremy J. Edwards
Daniel Kazhdan
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C.  20006
(202) 640-6400

*Attorneys for Defendants*
*Watson Laboratories, Inc. and Actavis, Inc.*

*Of Counsel*:

Alan H. Pollack
Frank D. Rodriguez
Dmitry Shelhoff
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ  07078
(973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories Ltd. and*
*Dr. Reddy's Laboratories Inc.*

Dated:  April 18, 2014